UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ZOE GALGOCZY,                                              **Index No.: 3:25-CV-0806 (ECC/MJK)**

                      Plaintiff,

    -against-

ITHACA CITY SCHOOL DISTRICT,
CARLAN GRAY, in her personal capacity,
LILY TALCOTT, in her personal capacity,
DAPHNE SHULULU, in her personal capacity, and
AMANDA VERBA, in her personal capacity,

                      Defendants.

---

## ANSWER TO AMENDED COMPLAINT

As and for its Answer to Plaintiff's November 28, 2025, Amended Complaint ("Complaint") in the above-referenced action (ECF No. 22), Defendants, Ithaca City School District, Carlan Gray, Lily Talcott, Daphne Shululu & Amanda Verba, (hereinafter referred to as "Defendants"), by and through their counsel (Johnson & Laws, LLC), sets forth as follows:

1. Deny all allegations, statements, and inferences contained in paragraph "1" of the Complaint herein, and refer all questions of law to the Court.

2. Deny knowledge or information sufficient to form a belief as to the allegations, statements, and inferences contained in paragraph "2" of the Complaint herein.

3. Admit the allegations contained in paragraph "3" of the Complaint herein.

4. Admit the allegations contained in paragraph "4" of the Complaint herein.

5. Admit the allegations contained in paragraph "5" of the Complaint herein.

6. Admit the allegations contained in paragraph "6" of the Complaint herein.

7. Deny in form alleged, all allegations, statements, and inferences contained in paragraph "7" of the Complaint herein.

8. Admit the allegations contained in paragraph "8" of the Complaint herein.

9. Deny all allegations, statements, and inferences contained in paragraph "9" of the Complaint herein, and refer all questions of law to the Court.

10. Deny all allegations, statements, and inferences contained in paragraph "10" of the Complaint herein, and refer all questions of law to the Court.

11. Admit the allegations contained in paragraph "11" of the Complaint herein.

12. Deny knowledge or information sufficient to form a belief as to the allegations, statements, and inferences contained in paragraph "12" of the Complaint herein.

13. Deny knowledge or information sufficient to form a belief as to the allegations, statements, and inferences contained in paragraph "13" of the Complaint herein.

14. Deny knowledge or information sufficient to form a belief as to the allegations, statements, and inferences contained in paragraph "14" of the Complaint herein.

15. Deny in form alleged, all allegations, statements, and inferences contained in paragraph "15" of the Complaint herein.

16. Deny in form alleged, all allegations, statements, and inferences contained in paragraph "16" of the Complaint herein.

17. Deny all allegations, statements, and inferences contained in paragraph "17" of the Complaint herein.

18. Deny all allegations, statements, and inferences contained in paragraph "18" of the Complaint herein.

19. Deny all allegations, statements, and inferences contained in paragraph "19" of the Complaint herein.

20. Deny all allegations, statements, and inferences contained in paragraph "20" of the Complaint herein.

21. Deny all allegations, statements, and inferences contained in paragraph "21" of the Complaint herein, and refer all questions of law to the Court.

22. Deny all allegations, statements, and inferences contained in paragraph "22" of the Complaint herein.

23. Deny all allegations, statements, and inferences contained in paragraph "23" of the Complaint herein.

24. Deny all allegations, statements, and inferences contained in paragraph "24" of the Complaint herein.

25. Deny all allegations, statements, and inferences contained in paragraph "25" of the Complaint herein.

26. Deny all allegations, statements, and inferences contained in paragraph "26" of the Complaint herein.

27. Deny all allegations, statements, and inferences contained in paragraph "27" of the Complaint herein.

28. Deny all allegations, statements, and inferences contained in paragraph "28" of the Complaint herein.

29. Deny all allegations, statements, and inferences contained in paragraph "29" of the Complaint herein.

30. Deny all allegations, statements, and inferences contained in paragraph "30" of the Complaint herein.

31. Deny all allegations, statements, and inferences contained in paragraph "31" of the Complaint herein.

32. Admit the allegations contained in paragraph "32" of the Complaint herein.

33. As to the allegations contained in or incorporated into paragraph "33" of the Complaint herein: Defendants repeat and reallege each of the foregoing responses as if more fully set forth herein.

34. Deny all allegations, statements, and inferences contained in paragraph "34" of the Complaint herein.

35. Deny all allegations, statements, and inferences contained in paragraph "35" of the Complaint herein.

36. Deny all allegations, statements, and inferences contained in paragraph "36" of the Complaint herein.

37. Deny all allegations, statements, and inferences contained in paragraph "37" of the Complaint herein.

38. Deny all allegations, statements, and inferences contained in paragraph "38" of the Complaint herein.

39. Deny all allegations, statements, and inferences contained in paragraph "39" of the Complaint herein.

40. As to the allegations contained in or incorporated into paragraph "40" of the Complaint herein: Defendants repeat and reallege each of the foregoing responses as if more fully set forth herein.

41. Deny all allegations, statements, and inferences contained in paragraph "41" of the Complaint herein.

42. Deny all allegations, statements, and inferences contained in paragraph "42" of the Complaint herein.

43. Deny all allegations, statements, and inferences contained in paragraph "43" of the Complaint herein.

44. Deny all allegations, statements, and inferences contained in paragraph "44" of the Complaint herein.

45. Deny all allegations, statements, and inferences contained in paragraph "45" of the Complaint herein.

46. As to the allegations contained in or incorporated into paragraph "46" of the Complaint herein: Defendants repeat and reallege each of the foregoing responses as if more fully set forth herein.

47. Deny all allegations, statements, and inferences contained in paragraph "47" of the Complaint herein.

48. Deny all allegations, statements, and inferences contained in paragraph "48" of the Complaint herein.

49. Deny all allegations, statements, and inferences contained in paragraph "49" of the Complaint herein.

50. Deny all allegations, statements, and inferences contained in paragraph "50" of the Complaint herein.

51. Deny all allegations, statements, and inferences contained in paragraph "51" of the Complaint herein.

52. As to the allegations contained in or incorporated into paragraph "52" of the Complaint herein: Defendants repeat and reallege each of the foregoing responses as if more fully set forth herein.

53. Deny all allegations, statements, and inferences contained in paragraph "53" of the Complaint herein, and refer all questions of law to the Court.

54. Deny all allegations, statements, and inferences contained in paragraph "54" of the Complaint herein.

55. Deny all allegations, statements, and inferences contained in paragraph "55" of the Complaint herein.

56. Deny all allegations, statements, and inferences contained in paragraph "56" of the Complaint herein.

57. Deny all allegations, statements, and inferences contained in paragraph "57" of the Complaint herein.

58. Deny all allegations, statements, and inferences contained in paragraph "58" of the Complaint herein.

59. Deny all allegations, statements, and inferences contained in paragraph "59" of the Complaint herein.

60. As to the allegations contained in or incorporated into paragraph "60" of the Complaint herein: Defendants repeat and reallege each of the foregoing responses as if more fully set forth herein.

61. Deny all allegations, statements, and inferences contained in paragraph "61" of the Complaint herein.

62. Deny all allegations, statements, and inferences contained in paragraph "62" of the Complaint herein.

63. Deny all allegations, statements, and inferences contained in paragraph "63" of the Complaint herein.

64. Deny all allegations, statements, and inferences contained in paragraph "64" of the Complaint herein.

65. As to the allegations contained in or incorporated into paragraph "65" of the Complaint herein: Defendants repeat and reallege each of the foregoing responses as if more fully set forth herein.

66. Deny in form alleged, all allegations, statements, and inferences contained in paragraph "66" of the Complaint herein.

67. Deny all allegations, statements, and inferences contained in paragraph "67" of the Complaint herein.

68. Deny all allegations, statements, and inferences contained in paragraph "68" of the Complaint herein.

69. Deny all allegations, statements, and inferences contained in paragraph "69" of the Complaint herein.

70. As to the allegations contained in or incorporated into paragraph "70" of the Complaint herein: Defendants repeat and reallege each of the foregoing responses as if more fully set forth herein.

71. Deny all allegations, statements, and inferences contained in paragraph "71" of the Complaint herein.

72. Deny all allegations, statements, and inferences contained in paragraph "72" of the Complaint herein.

73. Deny all allegations, statements, and inferences contained in paragraph "73" of the Complaint herein.

74. Deny all allegations, statements, and inferences contained in paragraph "74" of the Complaint herein.

75. Deny all allegations, statements, and inferences contained in paragraph "75" of the Complaint herein.

76. Acknowledge that Plaintiff seeks a trial by jury, and deny all remaining allegations, statements, and inferences contained in the "JURY TRIAL DEMAND" paragraph of the Complaint herein.

77. Defendants deny all allegations, claims, statements, prayers for relief, and inferences contained in the "WHEREFORE paragraph" of the Complaint herein.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

78. Some or all of the allegations contained in the Complaint herein fail to state a claim upon which relief can be granted.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

79. Plaintiff's claims are barred in whole or in part by her failure to satisfy conditions precedent to commencing the instant action and/or Plaintiff's failure to exhaust administrative remedies.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

80. Plaintiff's claims are barred in whole or in part by the doctrines of ripeness and/or mootness.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

81. Some or all of the claims asserted by Plaintiff are barred by virtue of the Monell Doctrine.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

82. All or some of the claims asserted in the Complaint herein are barred by the applicable statutes of limitation.

### AS AND FOR AN SIXTH AFFIRMATIVE DEFENSE

83. To the extent Plaintiff may seek excessive compensatory or punitive damages, Plaintiff's recovery is barred and/or limited by, inter alia, 42 U.S.C. § 1981a.

### AS AND FOR AN SEVENTH AFFIRMATIVE DEFENSE

84. Plaintiff's claims must be dismissed as against all or some of the Defendants under the doctrine of qualified immunity, since the actions of Defendants, Carlan Gray, Lily Talcott, Daphne Shululu & Amanda Verba, if any, were discretionary, made in good faith, and/or did not violate clearly established law.

### AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

85. To the extent that the Complaint seeks punitive or exemplary damages as against the Ithaca City School District, such claims should be dismissed as the Ithaca City School District is immune from such liability.

### AS AND FOR A NINTH AFFIRMATIVE DEFENSE

86. All decisions related to Plaintiff were based on legitimate, non-discriminatory reasons.

### AS AND FOR A TENTH AFFIRMATIVE DEFENSE

87. Defendants have not deprived Plaintiff of any rights, privileges, or immunities secured under the Constitution or the Laws of the United States.

### AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE

88. All damages suffered by Plaintiff, if any, were caused in whole or in part by Plaintiff's culpable conduct.

### AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE

89. Any harm which came, or may come, to Plaintiff was not the direct or proximate result of any action by the Defendants.

### AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE

90. All or some of Plaintiff's claims are barred by the doctrine of unclean hands.

### AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE

91. At all times relevant hereto, Defendants treated Plaintiff in a lawful and non-discriminatory manner, and their actions with respect to Plaintiff were at all times legally privileged and justified and all decisions related to Plaintiff were based on legitimate, non-discriminatory reasons.

### AS AND FOR A FIFTEENTH AFFIRMATIVE DEFENSE

92. The statements made by Defendants are true and truth is a defense to defamation.

### AS AND FOR A SIXTEENTH AFFIRMATIVE DEFENSE

93. Some or all of the claims asserted by Plaintiff are barred by virtue of Plaintiff's failure to mitigate Plaintiff's damages, if any.

## AS AND FOR A SEVENTEENTH AFFIRMATIVE DEFENSE

94. The actions of the Defendants, if any, were made in good faith, without malice and/or performed in the reasonable belief that such actions were authorized by and in accord with existing law and authority.

## AS AND FOR AN EIGHTEENTH AFFIRMATIVE DEFENSE

95. To the extent that Defendants' liability, if any, is determined to be fifty percent or less of the total liability assigned to all persons liable, the liability of Defendants to Plaintiff for non-economic loss shall not exceed Defendants' equitable share determined with the relative culpability of each person causing or contributing to the total liability for non-economic loss.

## AS AND FOR A NINETEENTH AFFIRMATIVE DEFENSE

96. Plaintiff failed to bring claims against a necessary party to this action, Aaron Buck.

**WHEREFORE**, Defendants request that the Complaint be dismissed and for such other and further relief in Defendants' favor as the Court deems appropriate.

DATED: December 19, 2025

JOHNSON & LAWS, LLC

April J. Laws (Bar Roll No. 517148)
Johnson & Laws, LLC
*Attorneys for Defendants – Ithaca City School District, Carlan Gray, Lily Talcott, Daphne Shululu & Amanda Verba*
646 Plank Road, Suite 205
Clifton Park, NY 12065
Tel: (518) 490-6428
Email: ajl@johnsonlawsllc.com

TO:    Leah Costanzo, Esq.
        The Law Offices of Steve Boyd, PC
        *Attorney for Plaintiff*
        2969 Main Street, Suite 100
        Buffalo, NY 14214
        Tele: (716) 600-0000
        Email: lcostanzo@steveboyd.com